Crum et al. *v.* Baer et al., Appellants.

Argued June 11, 1975. *Clyde W. McIntyre,* with him

714

*David E. Lehman,* and *McNees, Wallace & Nurick,* for appellants; *Irwin Benjamin,* with him *Charles E. Wasilefski,* and *Hurwitz, Klein, Benjamin & Angino,* for appellees.

Order affirmed.